# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA HOSKINS, an individual,<br><br>        Plaintiff,<br>v.<br><br>DARIGOLD, INC., a Washington corporation,<br><br>        Defendant. | CASE NO. 2:19-cv-00594 RSM<br><br>ORDER TO EXTEND DEADLINE FOR COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

    The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that the deadline for filing the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local

ORDER TO EXTEND DEADLINE FOR COMBINED
JOINT STATUS REPORT AND DISCOVERY PLAN – 1
Case No.: 2:18-cv-00594 RSM

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

Civil Rule 26(f) is extended from June 19, 2019 to July 19, 2019.

DATED this 24th day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| Attorney for Plaintiff | Attorneys for Defendant |
|---|---|
| */s/ Spencer Nathan Thal* | */s/ Jamie N. Cole* |
| By: Spencer Nathan Thal<br>WSBA #20074 | By: Jaime N. Cole<br>WSBA # 47258<br>Bensy Benjamin<br>WSBA # 53842 |

ORDER TO EXTEND DEADLINE FOR COMBINED
JOINT STATUS REPORT AND DISCOVERY PLAN – 2
Case No.: 2:18-cv-00594 RSM

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344