# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA HOSKINS, an individual,<br><br>                Plaintiff,<br>    v.<br><br>DARIGOLD, INC., a Washington corporation,<br><br>                Defendant. | **CASE NO. 2:19-cv-00594 RSM**<br><br>**ORDER TO EXTEND DEADLINE FOR COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN** |

## ORDER

The Court, having reviewed the records and files herein, and the stipulation of the parties, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that the deadline for filing the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is extended from July 19, 2019 to August 19, 2019.

ORDER TO EXTEND DEADLINE FOR COMBINED
JOINT STATUS REPORT AND DISCOVERY PLAN – 1
Case No.: 2:18-cv-00594 RSM

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

DATED this 9 day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Attorney for Plaintiff

*/s/ Spencer Nathan Thal*
_____
 By:  Spencer Nathan Thal
       WSBA #20074

Attorneys for Defendant

*/s/ Jamie N. Cole*
_____
 By: Jaime N. Cole
      WSBA # 47258
      Bensy Benjamin
      WSBA # 53842

ORDER TO EXTEND DEADLINE FOR COMBINED
JOINT STATUS REPORT AND DISCOVERY PLAN – 2
Case No.: 2:18-cv-00594 RSM

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344