# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA HOSKINS, an individual, | **CASE NO. 2:19-cv-00594 RSM** |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DARIGOLD, INC., a Washington Corporation, | |
| Defendant. | |

**ORDER**

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that all claims

ORDER OF DISMISSAL WITH PREJUDICE– Page 1
Case No.: 2:19-cv-00594 RSM

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

regarding this action are hereby DISMISSED with prejudice and without an award of attorneys' fees or costs to either party.

DATED this 27 day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Spencer Nathan Thal*
By: Spencer Nathan Thal
    WSBA #20074

Attorney for Plaintiff

/s/ *Jaime N. Cole*
By: Jaime N. Cole
    WSBA #47258
    Bensy Benjamin
    WSBA #53842

Attorneys for Defendant

ORDER OF DISMISSAL WITH PREJUDICE– Page 2
Case No.: 2:19-cv-00594 RSM

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344